

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00279-CV

WILLIAM R. STONE, JR.                                                      APPELLANT

V.

STACEY F. STONE                                                           APPELLEE

-----------

## FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant William R. Stone, Jr.'s Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: September 26, 2013

---

[1]*See* Tex. R. App. P. 47.4.